IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PARKS,<br>                Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, et al.,<br>                Defendants. | NO. CIV-S 04-1947 GEB (KJM)<br><br><u>ORDER WITHDRAWING MOTION FOR LEAVE TO CONDUCT DISCOVERY AND AMENDING STATUS (PRETRIAL SCHEDULING) ORDER</u> |

On May 27, 2005, the parties filed a stipulation requesting that pretrial scheduling dates be continued so that the parties could attempt to resolve this case through private mediation. The parties assert that private mediation will occur by the end of September 2005. In addition, the parties stipulate that the pretrial conference be waived, contending that it is unnecessary to hold a pretrial conference in this ERISA action. However, this has not been shown, so a final pretrial conference will be held. Finally, the parties stipulate that Plaintiff's May 10, 2005, motion for leave to conduct discovery ("Plaintiff's Motion"), which is scheduled for hearing on the last day to hear such a motion, be taken off-calendar until

further notice.

As to Plaintiff's Motion, it is unclear whether Plaintiff is entitled to more information than is available in the administrative record, which has not been filed.  The parties' February 28, 2005, Joint Status Conference Statement indicated that Defendant MetLife would produce the administrative record, but did not state when this would occur.  (Jt. Statement at p.3, ln.25-26.)  Since Plaintiff's Motion indicates that MetLife had not produced the administrative record (Pl.'s Mot. at p.3, ln.18-19), Defendant MetLife shall file a copy of the administrative record on or before September 16, 2005.  Plaintiff's Motion is deemed withdrawn because it is unclear whether Plaintiff is entitled to discovery other than what is in the administrative record.

As to the stipulated changes to the Status Order, the parties' proposed modifications are unworkable.  But to accommodate the parties desire to have time to attempt to resolve this action in private mediation, the Status Order is modified as follows:

1.  The last hearing date for motions seeking leave to conduct additional discovery is November 7, 2005, at 9:00 a.m.

2.  The last hearing date for motions is February 13, 2006, at 9:00 a.m.

3.  The final pretrial conference shall be held on April 3, 2006, at 3:30 p.m.

IT IS SO ORDERED.

Dated:  June 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2