IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PARKS,         )<br>                          )<br>          Plaintiff,   )<br>                          )<br>     v.                   )<br>                          )<br>METROPOLITAN LIFE INSURANCE )<br>COMPANY, METLIFE DISABILITY, )<br>THE PROGRESSIVE CORPORATION LONG )<br>TERM DISABILITY PLAN, EMPLOYEE )<br>BENEFITS MANAGER/PLAN     )<br>ADMINISTRATOR--PROGRESSIVE )<br>CORPORATION,              )<br>                          )<br>          Defendants.  )<br>_____) | 02:04-cv-1947-GEB-KJM<br><br>ORDER[*] |

Plaintiff has noticed a motion for hearing on December 5, 2005, in which Plaintiff seeks leave to conduct discovery. However, the Rule 16 scheduling order ("Scheduling Order"), filed on June 7, 2005, prescribes that "[t]he last hearing date for motions seeking leave to conduct additional discovery [was] November 7, 2005, at 9:00 a.m." (Scheduling Order at 2.) Since Plaintiff's motion is untimely, it is denied. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604,

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  610 n.7 (9th Cir. 1992)(stating that a district court may deny any
2  late-filed motion solely on the ground of untimeliness).
3          IT IS SO ORDERED.
4  DATED:  November 16, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge